**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
DEC 18 2012
U.S. DISTRICT COURT
ELKINS WV 26241

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Criminal No.** 2:12cr38
**Violation:** **18 USC § 875(c)**

**PATRICK CRITES,**

**Defendant.**

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

**(Transmitting Threatening Communications In Interstate Commerce)**

On or about November 28, 2012, the defendant, **PATRICK CRITES,** knowingly transmitted in interstate commerce, between Moorefield, Hardy County, West Virginia, in the Northern District of West Virginia, and elsewhere, a communication containing a threat to injure the person of another; in violation of Title 18, United States Code, Section 875(c).

A true bill,

/s/
Grand Jury foreperson
(Signature on file)

/s/ William J. Ihlenfeld, II
William J. Ihlenfeld, II
UNITED STATES ATTORNEY